**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 31, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00162-CV

---

## IN RE SOUTH CENTRAL HOUSTON ACTION D/B/A CENTRAL CARE COMMUNITY HEALTH CENTER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-21879**

---

## MEMORANDUM OPINION

On February 25, 2015, relator South Central Houston Action d/b/a Central Care Community Health Center filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Alfred Bennett, presiding judge of the 61st District Court of Harris County, to set aside his December 16, 2014 order denying relator's motion to dismiss real party in

interest's action against it pursuant to Rule 91a of the Texas Rules of Civil Procedure.[1]

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.

---

[1] Tex. R. Civ. P. 91a.